## STATE OF CONNECTICUT *v.* CLETUS AZIEGBEMI

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 259 (AC 28231), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided December 16, 2008

## IN RE TAYLER F. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 111 Conn. App. 28 (AC 28345), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the trial court properly admitted statements under the residual exception to the hearsay rule?"

The Supreme Court docket number is SC 18280.

*Jon D. Golas*, in support of the petition.

*Sheila A. Huddleston, John H. Beers* and *Benjamin Zivyon*, assistant attorney general, in opposition.

Decided December 16, 2008